THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* MORRIS BLOCK, Assessor of the City of Kingston, Respondent.

THE ULSTER AND DELAWARE RAILROAD COMPANY, Respondent.

*People ex ~el. N. Y. C. R. R. Co.* v. *Block,* 178 App. Div. 251, appeal dismissed.

(Submitted October 5, 1917; decided October 16, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1917, which affirmed an order of Special Term permitting the Ulster and Delaware Railroad Company to intervene in a certiorari proceeding to review the assessment of the New York Central Railroad Company in the city of Kingston.

*Amos Van Etten* for appellant.

*William D. Brinnier, Corporation Counsel,* for Morris Block, respondent.

*A. T. Clearwater* for Ulster and Delaware Railroad Company, respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.